UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD PERKINS, III,<br><br>       Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>       Defendant. | Case No. SA CV 08-993-PJW<br><br>J U D G M E N T |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that this case be remanded to the Commissioner of Social Security for further proceedings consistent with the Memorandum Opinion and Order.

DATED: 12/22/09.

                                                 /s/ Patrick J. Walsh<br>
                                                 PATRICK J. WALSH<br>
                                                 UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\PERKINS, H 993\Judgment.wpd